11 So.2d 382

## DAVENPORT & HARRIS FUNERAL HOMES v. Henry B. HANLY.

6 Div. 963.

Supreme Court of Alabama.

Jan. 14, 1943.

Boutell & Pointer, of Birmingham, for appellant.

DeGraffenried & McDuffie, of Tuscaloosa, for appellee.

LAWSON, Justice.

Reversed, rendered and remanded on authority of Davenport & Harris Funeral Homes v. W. H. Kennedy, ante, p. 613, 11 So.2d 379, decided at the present term.

Reversed, rendered and remanded.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.

11 So.2d 392

## R. A. ALLEN v. STATE.

4 Div. 272.

Supreme Court of Alabama.

Jan. 14, 1943.

Harry Adams, of Enterprise, for the petition.

Wm. N. McQueen, Atty. Gen., opposed.

BOULDIN, Justice.

Petition of R. A. Allen for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Allen v. State, 30 Ala.App. 608, 11 So.2d 391.

Writ denied.

All the Justices concur.